UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GIANCARLO GARCIA,

Defendant.

**INFORMATION**

24 Cr. 421- NSR

## COUNT ONE
**(Hobbs Act Robbery)**

The United States Attorney charges:

1. On or about March 18, 2023, in the Southern District of New York and elsewhere, GIANCARLO GARCIA, the defendant, knowingly committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, GARCIA robbed at gunpoint a gas station convenience store in Poughkeepsie, New York.

(Title 18, United States Code, Section 1951.)

## COUNT TWO
**(Firearms Offense)**

The United States Attorney further charges:

2. On or about March 18, 2023, in the Southern District of New York and elsewhere, GIANCARLO GARCIA, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the Hobbs Act robbery charged in Count One of this Information, knowingly used and carried a firearm, and, in furtherance of such crime,

did possess a firearm, which was brandished, during the robbery charged in Count One of this Information.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

## COUNT THREE
### (Hobbs Act Robbery)

The United States Attorney further charges:

3. On or about March 18, 2023, in the Southern District of New York and elsewhere, GIANCARLO GARCIA, the defendant, knowingly committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, GARCIA robbed at gunpoint a convenience store in Central Valley, New York.

(Title 18, United States Code, Section 1951.)

## COUNT FOUR
### (Firearms Offense)

The United States Attorney further charges:

4. On or about March 18, 2023, in the Southern District of New York and elsewhere, GIANCARLO GARCIA, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the Hobbs Act robbery charged in Count Three of this Information, knowingly used and carried a firearm, and, in furtherance of such crime, did possess a firearm, which was brandished, during the robbery charged in Count Three of this Information.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

## **FORFEITURE ALLEGATION**

4. As a result of committing the offenses alleged in Counts One and Three of this Information, GIANCARLO GARCIA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### **Substitute Assets Provision**

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*[signature]*
DAMIAN WILLIAMS
United States Attorney